# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

––––––––––––––––––

**No. ACM 40740**

––––––––––––––––––

**UNITED STATES**
*Appellee*

**v.**

**Timothy A. HEILIG**
Airman (E-2), U.S. Air Force, *Appellant*

––––––––––––––––––

Appeal from the United States Air Force Trial Judiciary

Decided 8 December 2025

––––––––––––––––––

*Military Judge*: Tyler B. Musselman.

*Sentence*: Sentence adjudged 23 August 2024 by GCM convened at Shaw Air Force Base, South Carolina. Sentence entered by the military judge on 29 October 2024: Bad-conduct discharge, confinement for 5 months, and reduction to E-1.

*For Appellant*: Major Jordan L. Grande, USAF.

*For Appellee*: Lieutenant Colonel Jenny A. Liabenow, USAF; Major Vanessa Bairos, USAF; Major Kate E. Lee, USAF.

Before DOUGLAS, MASON, and KUBLER, *Appellate Military Judges*.

––––––––––––––––––

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

––––––––––––––––––

PER CURIAM:

The findings as entered are correct in law. Article 66(d), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(d) (*Manual for Courts-Martial, United States* (2024 ed.)). Additionally, the sentence as entered is correct in law and fact. No error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d)

(*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court